**No. 10-450. TIG Specialty Insurance Company, Petitioner v. United States District Court for the District of Oregon.**

562 U.S. 1091, 131 S. Ct. 798, 178 L. Ed. 2d 532, 2010 U.S. LEXIS 9539.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-455. Rory M. Walsh, Petitioner v. Robert Krantz, et al.**

562 U.S. 1092, 131 S. Ct. 801, 178 L. Ed. 2d 532, 2010 U.S. LEXIS 9512, ▇▇

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 386 Fed. Appx. 334.

**No. 10-519. Craig Allen Irwin, Petitioner v. North Dakota.**

562 U.S. 1092, 131 S. Ct. 802, 178 L. Ed. 2d 532, 2010 U.S. LEXIS 9586.

December 6, 2010. Petition for writ of certiorari to the Supreme Court of North Dakota denied.

Same case below, 785 N.W.2d 245.

**No. 10-531. Kristopher Courtney, Petitioner v. Ohio.**

562 U.S. 1092, 131 S. Ct. 803, 178 L. Ed. 2d 532, 2010 U.S. LEXIS 9569.

December 6, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Cuyahoga County, denied.

**No. 10-585. Ariadna Puerto, Petitioner v. United States.**

562 U.S. 1092, 131 S. Ct. 805, 178 L. Ed. 2d 532, 2010 U.S. LEXIS 9562.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 392 Fed. Appx. 692.

**No. 10-588. Roger Wolf, Petitioner v. United States.**

562 U.S. 1092, 131 S. Ct. 805, 178 L. Ed. 2d 532, 2010 U.S. LEXIS 9498.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 381 Fed. Appx. 598.

**No. 10-593. Adam Williams, Petitioner v. United States.**

562 U.S. 1092, 131 S. Ct. 805, 178 L. Ed. 2d 532, 2010 U.S. LEXIS 9533.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 616 F.3d 685.

**No. 10-5082. McAaron Martin, Petitioner v. Ohio.**

562 U.S. 1092, 131 S. Ct. 794, 178 L. Ed. 2d 532, 2010 U.S. LEXIS 9501.

December 6, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Hamilton County, denied.